IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KYM GRAY,                      )
                               )
    Petitioner,                )
                               )      CIVIL ACTION NO.
    v.                         )       2:15cv912-MHT
                               )          (WO)
LEEPOSEY DANIELS, et al.,      )
                               )
    Respondents.               )
```

JUDGMENT

After an independent and de novo review of the record, it is ORDERED that:

(1) The petitioner's "Opposition to the Recommendation of the Magistrate Judge" (doc. No. 7) is treated as a motion for voluntary dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure, and said motion is granted.

(2) The magistrate judge's recommendation (doc. no. 4) is withdrawn.

    (3)    **The petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. no. 1) is dismissed without prejudice.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 27th day of January, 2016.**

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**